### STOCKS *v.* THE STATE.

LUMPKIN, J. The evidence authorized the verdict, and there was no error in overruling the certiorari from the city court of Greene county, which alleged that the verdict was contrary to law and the evidence, and without evidence to support it.

*Judgment affirmed. All the Justices concur.*

Submitted October 20,—Decided November 9, 1906.

Certiorari. Before Judge Lewis. Greene superior court. September 15, 1906.

*James B. & Noel P. Park,* for plaintiff in error.

*J. E. Pottle, solicitor-general,* and *James Davison,* contra.

---

### ELLINGTON *v.* THE STATE.

BECK, J. The only error of law complained of being that the court erred in giving in charge to the jury the law of voluntary manslaughter, and it appearing that the facts and circumstances proved authorized the charge, and the verdict being sustained by the evidence, no cause for reversing the judgment refusing a new trial is shown.

*Judgment affirmed. All the Justices concur.*

Submitted October 20,—Decided November 9, 1906.

Indictment for murder—conviction of voluntary manslaughter. Before Judge Lewis. Laurens superior court. September 12, 1906.

*W. C. Davis,* for plaintiff in error.

*J. E. Pottle, solicitor-general,* contra.